

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00157-CR

| | | |
|---|---|---|
| Charles Stobaugh | § | From the 362nd District Court |
| | § | of Denton County (F-2009-2613-D) |
| v. | § | January 23, 2014 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d).

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
       Justice Sue Walker